**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | |
|---|---|
| MARY LOUISE LONG,<br>  PLAINTIFF,<br><br>vs.<br><br>CAPITAL MANAGEMENT SERVICES, L.P.,<br>  DEFENDANT. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Cause Number: 2:10CV 435 |

### COMPLAINT AND DEMAND FOR JURY TRIAL - INDIVIDUAL

Plaintiff, Mary Louise Long ("Ms. Long") on behalf of himself, by counsel, Michael P. McIlree, for his Complaint against the Defendant, Capital Management Services, L.P., alleges and states as follows:

### INTRODUCTION

**1.** This is an action for damages brought by the Plaintiffs, for the Defendants' violations of the Federal FAIR DEBT COLLECTION PRACTICES ACT, 15 U.S.C. § 1692, et seq. (hereinafter referred to as "FDCPA") which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices.

### JURISDICTION

**2.** This Court has jurisdiction over the claims in this matter pursuant to 15 U.S.C. § 1692.

### PARTIES

**3.** Ms. Long is an individual consumer currently residing in Porter County, Indiana.

**4.** Capital Management Services, L.P. is a collection agency who collects alleged

1

debts, owed or due or asserted to be owed or due another.

**5.** Capital Management Services, L.P. is a debt collector as defined by 15 U.S.C. §§ 1692a(6).

### FACTUAL ALLEGATIONS

**6.** Capital Management Services, L.P. has been in contact with Plaintiff regarding an alleged credit card debt owed to Capital One.

**7.** Defendant has contacted Plaintiff where she resides in Indiana.

**8.** In fact, Plaintiff entered into a credit card agreement while a resident of Indiana.

**9.** Nonetheless, Defendant has deliberately made phone calls in August 11, 2010 and thereafter to Plaintiff's mother, Florence Wiley, age 97 who resides in Peducah, KY.

**10.** Defendant's conduct violates the Fair Debt Collection Practices Act.

### VIOLATIONS OF THE FDCPA BY DEFENDANT

**11.** Defendant has violated 15 U.S.C. §1692b.

**12.** Defendant has violated 15 U.S.C. §1692c.

**13.** Defendant has violated 15 U.S.C. §1692d.

**14.** Defendant has violated 15 U.S.C. §1692f.

WHEREFORE, plaintiff requests that the Court enter judgment in his favor against the Defendant for:

1. The maximum amount of statutory and actual damages provided under the FDCPA.
2. Attorney's fees, litigation expenses and costs.
3. Such other and further relief as is appropriate.

Respectfully submitted,

By *[signature]*
Michael P. McIlree

## VERIFICATION

I declare that the following statements are true and accurate to the best of my knowledge.

_/s/ Mary Louise Long_
MARY LOUISE LONG

**JURY DEMAND**

_/s/ Michael P. McIlree_
Plaintiff demand trial by jury.

Michael P. McIlree, #19847-45
Attorney at Law
821 E. Lincolnway, Ste. 1
Valparaiso, IN  46383
Tel:  (219) 548-1800
Fax: (219) 548-5905
Attorney for Plaintiff

3